```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   JOSEPH MARZULLO,                                   :
                                                      :
                              Plaintiff,              :   17 Civ. 7482 (KPF)
                                                      :
                      v.                              :   ORDER
                                                      :
   KARMIC RELEASE LTD.,                               :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 22, 2018

KATHERINE POLK FAILLA, District Judge:

    Plaintiff filed this case on September 29, 2017.  (Dkt. #1).  As of the date of this order, Defendant has not appeared, and on December 18, 2017, Plaintiff obtained a Certificate of Default from the Clerk of Court.  (Dkt. #11).  Since then, however, Plaintiff has failed to move for default judgment.  Accordingly, Plaintiff is hereby ORDERED to either move for default judgment or show cause as to why Plaintiff has failed to so move within 30 days of the date of this Order.  Plaintiff is forewarned that failure to comply with this order may result in dismissal of the action for failure to prosecute.

    SO ORDERED.

Dated:    January 22, 2018
             New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge